IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-115 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| SHYANN VENTON, | : | 21 U.S.C. § 844 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 2925.141 |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(21 U.S.C. § 844)

On or about November 11, 2020, in the Southern District of Ohio, the Defendant, **SHYANN VENTON**, did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 844.

## COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.141)

On or about November 11, 2020, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **SHYANN VENTON**, did knowingly use, and possess

with purpose to use, drug paraphernalia that was equipment, a product, or material of any kind that was used by the Defendant, **SHYANN VENTON**, intended for use by the Defendant, **SHYANN VENTON**, and designed for use in storing, containing, concealing, injecting, ingesting, inhaling, or otherwise introducing marijuana into the human body.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.141

VIPAL J. PATEL
Acting United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney